## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RE: David & Christine Parnell**                               **CASE NO: 5:11-14676**

### MODIFICATION OF CHAPTER 13 PLAN

Comes now the debtor(s), and for their Modification of Plan **BEFORE** Confirmation states:

1. **PAYMENT TO THE TRUSTEE:**  shall remain the same.

2. **THE PLAN LENGTH:**  shall remain the same.

3. **UNSECURED CREDITORS:**  to be paid on a "pro-rata" basis.

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:** As Follows:

Post petition attorney's fees and costs for this modification of plan shall be paid in full prior to payment of secured, priority, and unsecured debts.

5. **ADDITION OF SECURED CREDITORS TO THE PLAN:**  As Follows:

Secured Creditor: Department of Finance & Administration; PO Box 1272-L Legal Counsel; Little Rock, AR 72203, Collateralized by: Personal property, shall be treated as follows: Section 506 Valuation applies; Net Pay: $785.16; Value: $2,022.00; Unsecured: $0.00; Interest Rate: 10%; Monthly Payment: $18.00; Adequate protection payment: $0.00.

6. **ADDITION OF PRIORITY CREDITORS TO THE PLAN:**  None.

7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:**  None.

8. ALL OTHER PROVISIONS SET FORTH IN THE INITIAL NARRATIVE STATEMENT OF PLAN AND MODIFICATION(S) THERETO SHALL REMAIN SAME.

DATE: 9-23-2011

/s/ G. Gregory Niblock
G. Gregory Niblock
Ark. Bar No. 88047
Jeremy Bueker
Ark Bar No. 2001252